**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): ____________

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

**The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | First Name: **Frank**<br>Middle Name: **Dale**<br>Last Name: **Zarsk**<br>Suffix (Sr., Jr., II, III): | First Name: **Deborah**<br>Middle Name: **Lynn**<br>Last Name: **Zarsk**<br>Suffix (Sr., Jr., II, III): |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First Name: **Frank**<br>Middle Name: **D.**<br>Last Name: **Zarsk**<br><br>First Name:<br>Middle Name:<br>Last Name: | First Name: **Deborah**<br>Middle Name: **L.**<br>Last Name: **Zarsk**<br><br>First Name: **Deborah**<br>Middle Name:<br>Last Name: **Kempf** |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx – xx – 1 7 4 1**<br>OR<br>**9xx – xx –** ____ | **xxx – xx – 4 0 2 3**<br>OR<br>**9xx – xx –** ____ |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and doing business as names | ☑ I have not used any business names or EINs.<br>Business name ____<br>Business name ____<br>Business name ____<br>EIN __ __ – __ __ __ __ __ __ __<br>EIN __ __ – __ __ __ __ __ __ __ | ☑ I have not used any business names or EINs.<br>Business name ____<br>Business name ____<br>Business name ____<br>EIN __ __ – __ __ __ __ __ __ __<br>EIN __ __ – __ __ __ __ __ __ __ |
| **5. Where you live** | | **If Debtor 2 lives at a different address:** |
| | **307 W. Charlottesville Ave.**<br>Number Street<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code)<br>**Tarrant** (County) | **307 W. Charlottesville Ave.**<br>Number Street<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code)<br>**Tarrant** (County) |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address. |
| | **307 W. Charlottesville Ave.**<br>Number Street<br>P.O. Box<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | **307 W. Charlottesville Ave.**<br>Number Street<br>P.O. Box<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) |
| **6. Why you are choosing this district to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ____________
First Name Middle Name Last Name

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District ____________ When ________ (MM / DD / YYYY) Case number ________

District ____________ When ________ (MM / DD / YYYY) Case number ________

District ____________ When ________ (MM / DD / YYYY) Case number ________

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor ____________ Relationship to you ________

District ____________ When ________ (MM / DD / YYYY) Case number, if known ________

Debtor ____________ Relationship to you ________

District ____________ When ________ (MM / DD / YYYY) Case number, if known ________

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

- ☐ No. Go to line 12.
- ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ____________

First Name Middle Name Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- [x] No. Go to Part 4.
- [ ] Yes. Name and location of business

Name of business, if any

Number Street

City State ZIP Code

*Check the appropriate box to describe your business:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- [x] No. I am not filing under Chapter 11.
- [ ] No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- [ ] Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

- [x] No
- [ ] Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? ____________

Number Street

City State ZIP Code

Debtor 1 Frank (First Name) Dale (Middle Name) Zarsk (Last Name) Case number (if known) ____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

- ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
- ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
- ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

- ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
- ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
- ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- [x] No. Go to line 16b.
- [ ] Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- [ ] No. Go to line 16c.
- [x] Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

______

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- [ ] No. I am not filing under Chapter 7. Go to line 18.
- [x] Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - [x] No
  - [ ] Yes

**18. How many creditors do you estimate that you owe?**

- [ ] 1-49
- [x] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**19. How much do you estimate your assets to be worth?**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [x] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**20. How much do you estimate your liabilities to be?**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ____________
First Name Middle Name Last Name

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Frank Dale Zarsk**
Frank Dale Zarsk, Debtor 1

Executed on **04/12/2016**
MM / DD / YYYY

**X** **/s/ Deborah Lynn Zarsk**
Deborah Lynn Zarsk, Debtor 2

Executed on **04/12/2016**
MM / DD / YYYY

Debtor 1 **Frank** **Dale** **Zarsk**
First Name Middle Name Last Name

Case number (if known) ____________

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Behrooz P. Vida**
Signature of Attorney for Debtor

Date **04/12/2016**
MM / DD / YYYY

**Behrooz P. Vida**
Printed name

**The Vida Law Firm, PLLC**
Firm Name

**3000 Central Drive**
Number Street

**Bedford** **TX** **76021**
City State ZIP Code

Contact phone **(817) 358-9977** Email address ____________

**20578040** **TX**
Bar number State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Deborah** | **Lynn** | **Zarsk** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) __________

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.
**307 W. Charlottesville Ave., Colleyville, Texas**

**H/L: 307 W. Charlottesville Ave., Colleyville, Tex**

**Tarrant**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other __________

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** __________

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $491,900.00 | $491,900.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................** ➔ **$491,900.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

3.1.
Make: **Fiat**
Model: **500**
Year: **2013**
Approximate mileage: ______
Other information:
**2013 Fiat 500**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $12,000.00 | $12,000.00 |

3.2.
Make: **Mini BMW**
Model: **Countrymen**
Year: **2013**
Approximate mileage: ______
Other information:
**2013 mini BMW Countrymen**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $11,000.00 | $11,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- ☑ No
- ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................** ➔ **$23,000.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
- ☐ No
- ☑ Yes. Describe..... **See continuation page(s).** — **$7,500.00**

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
- ☐ No
- ☑ Yes. Describe..... **televisions, computers, vcr/dvd players** — **$2,050.00**

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- ☐ No
- ☑ Yes. Describe..... **pictures & art objects, antiques** — **$250.00**

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
- ☐ No
- ☑ Yes. Describe..... **tennis/raquet ball equipment, camera, exercise equipment, bikes** — **$3,090.00**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..... **clothing and personal effects** **$1,500.00**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..... **watches, earrings, wedding rings, costume jewerlry, necklaces** **$1,500.00**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe..... **household pet: 1 dog** **$0.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here....................................................................................................... ➔** **$15,890.00**

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.................................................................................................... Cash: .......................... **$155.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes........................... Institution name:

17.1. Checking account: **Capital One; 360 checking** **$952.00**

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes........................... Institution or issuer name:

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them..........................

| Name of entity: | % of ownership: | |
|---|---|---|
| **100% ownership interest in Knobbies & Slicks, Inc.** | **100%** | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | **Tri-Ad; 401(k)** | **$289,054.71** |
| IRA: | **Equity Trust; Traditional IRA** | **$73,501.00** |
| Retirement account: | **American Airlines Pension Benefit** | **Unknown** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes........................... Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes........................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes........................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ____________
First Name Middle Name Last Name

**Money or property owed to you?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................

| | |
|---|---|
| Federal: | **$0.00** |
| State: | **$0.00** |
| Local: | **$0.00** |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☑ Yes. Give specific information
**Support: Debtor Wife receives child support for the support of Minor Child in the amount of $700.00 a month; no arrears. Amt: Unknown**

| | |
|---|---|
| Alimony: | **$0.00** |
| Maintenance: | **$0.00** |
| Support: | **Unknown** |
| Divorce settlement: | **$0.00** |
| Property settlement: | **$0.00** |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **State Farm; term life policy insuring the life of Debtor Husband; $500,000.00 face value; no cash value** | | **$0.00** |
| **State Farm; term life policy insuring the life of Debtor Wife; $500,000.00 face value; no cash value** | | **$0.00** |
| **State Farm; universal life policy insuring the life of Debtor Wife; $100,000.00 face value;** | | **$31,065.53** |
| **SunLife Financial; group life policy insuring the life of Debtor Wife; $50,000.00 face value; no cash value** | | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

Debtor 1 Frank (First Name) Dale (Middle Name) Zarsk (Last Name) Case number (if known) ______

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........ ______

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........ ______

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information ______

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................** ➔ **$394,728.24**

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No
☑ Yes. Describe.. **Commissions (Debtor Wife) the amount fluctuates based on items actually ordered by customer; a report can be provided**
**[subject to exemption claim under Texas law]**
**BKM Total Office of Texas LLC** — **Unknown**

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe.. ______

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe.. ______

**41. Inventory**

☑ No
☐ Yes. Describe.. ______

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity: % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  ☐ No
  ☐ Yes. Describe..... ______

| Debtor 1 | Frank | Dale | Zarsk | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.......** ➔ **$0.00**

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.......** ➔ **$0.00**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here.......** ➔ **$0.00**

| Debtor 1 | Frank | Dale | Zarsk | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 8: List the Totals of Each Part of this Form

| | | |
|---|---|---|
| **55. Part 1: Total real estate, line 2** → | | **$491,900.00** |
| **56. Part 2: Total vehicles, line 5** | **$23,000.00** | |
| **57. Part 3: Total personal and household items, line 15** | **$15,890.00** | |
| **58. Part 4: Total financial assets, line 36** | **$394,728.24** | |
| **59. Part 5: Total business-related property, line 45** | **$0.00** | |
| **60. Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| **61. Part 7: Total other property not listed, line 54** | + **$0.00** | |
| **62. Total personal property.** Add lines 56 through 61 | **$433,618.24** | Copy personal property total → + **$433,618.24** |
| **63. Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$925,518.24** |

| Debtor 1 | Frank | Dale | Zarsk | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**6. Household goods and furnishings (details):**

| | |
|---|---|
| **rug** | **$100.00** |
| **household goods and furnishings** | **$7,400.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Deborah** | **Lynn** | **Zarsk** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) ______________________

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description:<br>**H/L: 307 W. Charlottesville Ave., Colleyville, Tex**<br>Line from *Schedule A/B*: **1.1** | **$491,900.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2013 Fiat 500**<br>Line from *Schedule A/B*: **3.1** | **$12,000.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No

   ☐ Yes

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ______

First Name Middle Name Last Name

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2013 Mini BMW Countrymen**<br>Line from *Schedule A/B:* **3.2** | **$11,000.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**rug**<br>Line from *Schedule A/B:* **6** | **$100.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**household goods and furnishings**<br>Line from *Schedule A/B:* **6** | **$7,400.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**televisions, computers, vcr/dvd players**<br>Line from *Schedule A/B:* **7** | **$2,050.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**pictures & art objects, antiques**<br>Line from *Schedule A/B:* **8** | **$250.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**tennis/raquet ball equipment, camera, exercise equipment, bikes**<br>Line from *Schedule A/B:* **9** | **$3,090.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**clothing and personal effects**<br>Line from *Schedule A/B:* **11** | **$1,500.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**watches, earrings, wedding rings, costume jewerlry, necklaces**<br>Line from *Schedule A/B:* **12** | **$1,500.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**household pet: 1 dog**<br>Line from *Schedule A/B:* **13** | **$0.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Equity Trust; Traditional IRA**<br>Line from *Schedule A/B*: **21** | **$73,501.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |
| Brief description:<br>**Tri-Ad; 401(k)**<br>Line from *Schedule A/B*: **21** | **$289,054.71** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |
| Brief description:<br>**American Airlines Pension Benefit**<br>Line from *Schedule A/B*: **21** | **Unknown** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |
| Brief description:<br>**Debtor Wife receives child support for the support of Minor Child in the amount of $700.00 a month; no arrears**<br>Line from *Schedule A/B*: **29** | **Unknown** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.001(b)(3)** |
| Brief description:<br>**State Farm; term life policy insuring the life of Debtor Husband; $500,000.00 face value; no cash value**<br>Line from *Schedule A/B*: **31** | **$0.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**State Farm; term life policy insuring the life of Debtor Wife; $500,000.00 face value; no cash value**<br>Line from *Schedule A/B*: **31** | **$0.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**State Farm; universal life policy insuring the life of Debtor Wife; $100,000.00 face value;**<br>Line from *Schedule A/B*: **31** | **$31,065.53** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**SunLife Financial; group life policy insuring the life of Debtor Wife; $50,000.00 face value; no cash value**<br>Line from *Schedule A/B*: **31** | **$0.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Deborah** | **Lynn** | **Zarsk** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) ____________________

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 | **$325,025.67** | **$491,900.00** | |

**Amerisave Mortgage Corp.**
Creditor's name
**1 Corporate Dr., Ste 360**
Number Street

**Lake Zurich** **IL** **60047**
City State ZIP Code

**Describe the property that secures the claim:**
**H/L: 307 W. Charlottesville Ave., Colleyville, Tex**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) **Homestead**

**Date debt was incurred** ________ **Last 4 digits of account number** 4 6 4 2

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$325,025.67**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name)   Case number (if known) ______

**Part 1:** **Additional Page**

**After listing any entries on this page, number them sequentially from the previous page.**

| | | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|
| 2.2 **BMW Financial Services** (Creditor's name), **PO Box 3608** (Number Street), **Dublin OH 43016** (City State ZIP Code) | **Describe the property that secures the claim:** **2013 mini BMW Countrymen** | **$11,166.33** | **$11,000.00** | **$166.33** |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** ______   **Last 4 digits of account number** **6 3 6 8**

| | | *Column A* | *Column B* | *Column C* |
|---|---|---|---|---|
| 2.3 **Nebraska Furniture Mart** (Creditor's name), **PO Box 2335** (Number Street), **Omaha NE 68103** (City State ZIP Code) | **Describe the property that secures the claim:** **television, rug** | **$2,623.90** | **$100.00** | **$2,523.90** |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** ______   **Last 4 digits of account number** **1 2 7 5**

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$13,790.23**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name)    Case number (if known) ______

**Part 1:** **Additional Page**

**After listing any entries on this page, number them sequentially from the previous page.**

| | | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|
| 2.4 **Wells Fargo Dealer Services** | **Describe the property that secures the claim:** **2013 Fiat 500** | **$12,789.54** | **$12,000.00** | **$789.54** |

Creditor's name: **Wells Fargo Dealer Services**
Number Street: **15750 Alton Pkwy**
City: **Irvine** State: **CA** ZIP Code: **92618**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** ______    **Last 4 digits of account number** **2 0 1 3**

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$12,789.54**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** **$351,605.44**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Deborah** | **Lynn** | **Zarsk** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) ____________________

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.
☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ______
First Name Middle Name Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with you other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

4.1 **$105.95**

**Abbey Bike Tools**
Nonpriority Creditor's Name
**100 SE Bridgeford Blvd, Ste D**
Number Street

**Bend** **OR** **97702**
City State ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 0 7 2 1
**When was the debt incurred?** ______
**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Non-Consumer Debt**

**vendor**

4.2 **$21,464.50**

**Accord**
Nonpriority Creditor's Name
**c/o Regent & Associates**
Number Street
**3601 Audubon Place**

**Houston** **TX** **77036**
City State ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ______
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment - Non-Consumer Debt**

**Accord Business Funding, LLC vs. Knobbies & Slicks, Inc.; Frank Zarsk; Case No. 1067602**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name)    Case number (if known) ______

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.3**

**$1,344.38**

**Advanced Sports,Inc.**
Nonpriority Creditor's Name
**10940 Dutton Road**
Number Street

**Philadelphia** **PA** **19154**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** B 0 0 1

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Corporate Debt - possible personal liability**

**4.4**

**$4,012.75**

**Albabici**
Nonpriority Creditor's Name
**1501 Mariner Dr.**
Number Street

**Oxnard** **CA** **93033**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**vendor**

**Last 4 digits of account number** 7 4 3 4

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.5**

**$649.02**

**Amazon**
Nonpriority Creditor's Name
**PO Box 960013**
Number Street

**Orlando** **FL** **32896-0013**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 5 9 7

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.6**

**$2,282.85**

**America Flyer**
Nonpriority Creditor's Name
**PO Box 19097**
Number Street

**Anaheim** **CA** **92817**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.7**

**$114,760.55**

**American Express**
Nonpriority Creditor's Name
**PO Box 2878**
Number Street

**Omaha** **NE** **68103**
City State ZIP Code

**Last 4 digits of account number** 1 3 0 0

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Corporate debt- personal guarantor**

**credit card**

**4.8**

**Unknown**

**Amstar/Southern Arthouse,LP**
Nonpriority Creditor's Name
**1050 17th Street, Suite 2300**
Number Street

**Denver** **CO** **80265**
City State ZIP Code

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Contract/Lease**

**business lease: 251 Town Center Lane #2101, Keller, Texas**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.9**

**Unknown**

**Anh H. Regent, Esq.**
Nonpriority Creditor's Name
**3730 Kirby Dr. #720**
Number Street

**Houston** **TX** **77098-3933**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Attorneys fees- non consumer debt**

**Accord Business Funding, LLC vs. Knobbies & Slicks, Inc.; Frank Zarsk; Case No. 1067602**

**4.10**

**$20,960.38**

**Bank of America**
Nonpriority Creditor's Name
**PO Box 15796**
Number Street

**Wilmington** **DE** **19886**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6 6 6 5

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**credit card**

Debtor 1 Frank Dale Zarsk (First Name, Middle Name, Last Name) Case number (if known) ____________

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.11**

**$353.00**

**Bikase**
Nonpriority Creditor's Name
**5855 N. 94th Street**
Number Street

**Milwaukee WI 53225**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**vendor**

**Last 4 digits of account number** 0 7 2 1

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **potential non-consumer claim**

**4.12**

**$353.00**

**Bikesmart**
Nonpriority Creditor's Name
**55 Leveroni Court**
Number Street

**Norato CA 94949**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 0 7 2 1

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.13**

**Unknown**

**Bill Hammer**
Nonpriority Creditor's Name
**PO Box 8587**
Number Street

**Round Rock** **TX** **78683-8587**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **receiver**

**4.14**

**$2,295.09**

**Capital One**
Nonpriority Creditor's Name
**PO Box 30285**
Number Street

**Salt Lake City** **UT** **84130-0285**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **4 8 5 0**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Account**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.15**

**$1,189.72**

**CatEye**
Nonpriority Creditor's Name
**2825 Wilderness PL.**
Number Street
**Suite 1200**

**Boulder** **CO** **80301**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2 7 9 3

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.16**

**$75,000.00**

**Chris Menegay**
Nonpriority Creditor's Name
**8108 Barrymoure Lane**
Number Street

**Plano** **TX** **75025**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Personal Loan**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.17**

**$23,403.59**

**Colnago**
Nonpriority Creditor's Name
**1528 W. Adams St., Suite 403**
Number Street

**Chicago** **IL** **60607**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.18**

**$5,756.00**

**Creme (RumbleShip)**
Nonpriority Creditor's Name
**Bikesmart, Inc.**
Number Street
**55 Leveroni Ct.**

**Norato** **CA** **94949**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 0 7 2 1

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.19**

**Unknown**

**David R. Casey, Esq.**
Nonpriority Creditor's Name
**1840 Norwood Plaza, Suite 102**
Number Street

**Hurst** **TX** **76054**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Attorneys fees**

**First Financial Bank, NA vs. Knobbies & Slicks, Inc., Frank Zarsk and Deborah Zarsk; Case No. 141-283270-16**

**4.20**

**Unknown**

**David W. Roth**
Nonpriority Creditor's Name
**Blendon Roth Law Firm `**
Number Street
**2217 Harwood Road**

**Bedford** **TX** **76021-3607**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Attorneys fees**

**Wilier Triestina USA, LLC vs. Knobbies & Slicks, Inc, Frank Zarsk; Case No. 2015-006382-3**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.** **Total claim**

**4.21** **$157.26**

**Fedex**
Nonpriority Creditor's Name
**PO Box 660481**
Number Street

**Dallas TX 75266-0481**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 6 2 8

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.22** **$148,668.81**

**First Financial Bank**
Nonpriority Creditor's Name
**PO Box 701**
Number Street

**Abilene TX 79604-0701**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 2 5 7

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Corporate debt- personal guarantor**

**First Financial Bank, NA vs. Knobbies & Slicks, Inc., Frank Zarsk and Deborah Zarsk; Case No. 141-283270-16**

Debtor 1 Frank Dale Zarsk Case number (if known)
First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.23**

**First Premier Bank** — Nonpriority Creditor's Name
**PO Box 5524** — Number Street
**Sioux Falls SD 57117-5524** — City State ZIP Code

**$300.00**

**Last 4 digits of account number** 8 0 3 5
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Account used for non-consumer debt**

**4.24**

**Florida Dept. of Transportation** — Nonpriority Creditor's Name
**c/o Alliance One** — Number Street
**6565 Kimball Dr., Ste 200**
**Big Harbor WA 98335** — City State ZIP Code

**$14.18**

**Last 4 digits of account number** 0 1 6 9
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services Rendered**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.25** **$1,654.75**

**Fyxation**
Nonpriority Creditor's Name
**2943 N. Humboldt Blvd,**
Number Street

**Milwaukee** **WI** **53212**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 4 7 4 1

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **potential non-consumer claim**

**4.26** **$37,326.56**

**Gita Sporting Goods**
Nonpriority Creditor's Name
**12500 Steele Creek Road**
Number Street

**Charlotte** **NC** **28273**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6 4 1 5

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **potential non-consumer claim**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.27**

**Unknown**

**Grapevine Colleyville Tax Office**
Nonpriority Creditor's Name
**Colette Ballinger, Tax Assessor**
Number Street
**3072 Mustang Dr.,**

**Grapevine** **TX** **76051**
City State ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**property taxes**

**Last 4 digits of account number** 6 1 1 1

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Non-Consumer Debt**

**4.28**

**$952.00**

**Grapevine Emergency Physicians**
Nonpriority Creditor's Name
**c/o Phoenix Financial Services**
Number Street
**8902 Otis Ave., Se 103A**

**Indianapolis** **IN** **46216**
City State ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Expense**

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ______
First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.29

**Unknown**

**Guest & Associates, PC**
Nonpriority Creditor's Name
**421 E. Airport Freeway, Suite 115**
Number Street

**Irving** **TX** **75062**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Attorneys fees**

**Bianchi USA vs. Knobbies and Slicks, Inc. and Frand Dale Zarsk aka Bud Zarsk, and Deborah Lynn Zarsk; Case No. JS15-00281L**

4.30

**$659.22**

**Hammer Nutrition**
Nonpriority Creditor's Name
**4952 Whitefish Stage Road**
Number Street

**Whitefish** **MT** **59937**
City State ZIP Code

**Last 4 digits of account number** **0 7 2 1**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.31**

**Hans Johnson Company**
Nonpriority Creditor's Name
**PO Box 569090**
Number Street

**Dallas TX 75356**
City State ZIP Code

**$1,805.84**

**Last 4 digits of account number** 9 1 9 2

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.32**

**Hawley**
Nonpriority Creditor's Name
**PO Box 890579**
Number Street

**Charlotte NC 28289**
City State ZIP Code

**$5,882.51**

**Last 4 digits of account number** 4 9 5 7

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** **Dale** **Zarsk** (First Name, Middle Name, Last Name) Case number (if known) ____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.33**

**$1,746.11**

**Highway 2**
Nonpriority Creditor's Name
**1909 Miller Dr**
Number Street

**Olney** **IL** **62450**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6 0 1 4

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.34**

**$2,235.09**

**Industry Nine**
Nonpriority Creditor's Name
**21 Old County Home Road**
Number Street

**Asheville** **NC** **28806**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 0 7 2 1

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.35**

**$11,092.49**

**Intense Cycles USA**
Nonpriority Creditor's Name
**42380 Rio Nedo**
Number Street

**Temecula** **CA** **92590**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** O B T X

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.36**

**$6,292.22**

**IOU Financial**
Nonpriority Creditor's Name
**600 Townpark Lane**
Number Street
**Ste 100**

**Kennesaw** **GA** **30144**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.37**

**Just Enough Tools**
Nonpriority Creditor's Name
**55 Leveroni Court**
Number Street

**Norato** **CA** **94949**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 0 7 2 1

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**$122.00**

**4.38**

**KHS Bicycles**
Nonpriority Creditor's Name
**2840 East Harcourt St.**
Number Street

**Rancho Dominquez** **CA** **90221**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2 7 5 3

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**$1,078.09**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.39**

**Kimberly A. Guest**
Nonpriority Creditor's Name
**421 E. Airport Freeway, Suite 115**
Number Street

**Irving** **TX** **75062**
City State ZIP Code

Total claim: **Unknown**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Attorneys fees**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Bianchi USA vs. Knobbies and Slicks, Inc. and Frand Dale Zarsk aka Bud Zarsk, and Deborah Lynn Zarsk; Case No. JS15-00281L**

**4.40**

**KTM Bike Industries**
Nonpriority Creditor's Name
**1835 NW 112th Ave., Ste 181**
Number Street

**Miami** **FL** **33172**
City State ZIP Code

Total claim: **$11,481.00**

**Last 4 digits of account number** **1 5 2 8**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor 1 Frank Dale Zarsk — Case number (if known)

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.41** — **$447.74**

**Liberty Mutual Insurance**
Nonpriority Creditor's Name
**62 Maple Ave.**
Number Street

**Keene NH 03431**
City State ZIP Code

**Last 4 digits of account number** 4 5 1 0

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Non-Consumer Debt**

**4.42** — **$2,470.28**

**Logica Sport, Inc.**
Nonpriority Creditor's Name
**1197 Main Street US 9**
Number Street

**Champlain NY 12919**
City State ZIP Code

**Last 4 digits of account number** 0 0 0 1

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known)
First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.43

**$15,358.69**

**Look Cycles**
Nonpriority Creditor's Name
**6300 San Ignacio Ave., Ste G**
Number Street

**San Jose** **CA** **95119**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 4 0 3 0

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

4.44

**$259.80**

**NineOne Design**
Nonpriority Creditor's Name
**5114 Steeplechase**
Number Street

**Colleyville** **TX** **76034**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2 3 5 C

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 Frank Dale Zarsk Case number (if known) ______
First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.45**

**$290.13**

**Oakley**
Nonpriority Creditor's Name
**File 55716**
Number Street

**Los Angeles** **CA** **90074**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.46**

**$183.37**

**One Source**
Nonpriority Creditor's Name
**4800 Keller Hicks Road**
Number Street

**Fort Worth** **TX** **76244**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** **Dale** **Zarsk** (First Name, Middle Name, Last Name) Case number (if known) ______

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.** **Total claim**

**4.47** **$183.37**

**Onesource Communications**
Nonpriority Creditor's Name
**4800 Keller Hicks Road**
Number Street

**Keller** **TX** **76244**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6 0 1 0
**When was the debt incurred?** ______
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.48** **$31,963.26**

**Orbea**
Nonpriority Creditor's Name
**PO Box 7462**
Number Street

**Little Rock** **AR** **72217**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ______
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.49**

**$19,780.37**

**Outdoor Gear (Opus)**
Nonpriority Creditor's Name
**10555 Boul, Henri Bourassa O**
Number Street
**Saint-Laurent, QC H4S 1A1**

City State ZIP Code

**Last 4 digits of account number** 6 0 8 1

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.50**

**$13,000.00**

**Pearl Capital**
Nonpriority Creditor's Name
**40 Exchange Place #301**
Number Street

**New York** **NY** **10005**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known)
First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.51

**$323.83**

**Progressive County Mutual**
Nonpriority Creditor's Name
**c/o Caine & Weiner**
Number Street
**PO Box 5010**

**Woodland Hills** **CA** **91365**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 5 7 5

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Insurance premiums**

4.52

**$7,000.00**

**Pryde Group**
Nonpriority Creditor's Name
**20/F YKK Building, Phase 2**
Number Street
**2 San Lik Street**
**Mun Hong Kong**

City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.53**

**Pure**
Nonpriority Creditor's Name
**55 Leveroni Court**
Number Street

**Norato** **CA** **94949**
City State ZIP Code

**$206.55**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Non-Consumer Debt**

**4.54**

**QBP**
Nonpriority Creditor's Name
**6400 W 10th Street**
Number Street

**Bloomington** **MN** **55438**
City State ZIP Code

**$209.77**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Non-Consumer Debt**

Debtor 1 Frank (First Name) Dale (Middle Name) Zarsk (Last Name)    Case number (if known) ____________

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.55**

**$53.20**

**RFE Holding (Canada) Corp**
Nonpriority Creditor's Name
**dba Easton Cycling**
Number Street
**8327 East lake Dr.**
**Burnaby, BC V5A 4W2**

City State ZIP Code

**Last 4 digits of account number** O C O L

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.56**

**$2,671.53**

**Ron Wright**
Nonpriority Creditor's Name
**Tarrant County Tax Assessor**
Number Street
**100 E. Weatherford**

**Fort Worth** **TX** **76196**
City State ZIP Code

**Last 4 digits of account number** 6 1 1 1

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**business personal property taxes**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.57**

**Santa Cruz**
Nonpriority Creditor's Name
**2841 Mission Street**
Number Street

**Santa Cruz** **CA** **95060**
City State ZIP Code

**$3,679.43**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.58**

**Skins**
Nonpriority Creditor's Name
**3694 Second Street, Suite 6**
Number Street

**Encinitas** **CA** **92024**
City State ZIP Code

**$1,147.23**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.59**

**Small Business Administration**
Nonpriority Creditor's Name
**PO Box 740192**
Number Street

**Atlanta** **GA** **30374-0192**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 0 0 7

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Corporate debt- personal guarantor**

**$148,668.81**

**4.60**

**Small Business Administration**
Nonpriority Creditor's Name
**4300 Amon Carter Blvd, Suite 114**
Number Street

**Fort Worth** **TX** **76155**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 0 0 7

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

**$0.00**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.61**

**$2,306.39**

**Smith Optics**
Nonpriority Creditor's Name
**PO Box 4300**
Number Street
**Mail Stop 70**

**Portland** **OR** **97208**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.62**

**$2,315.99**

**Sugoi**
Nonpriority Creditor's Name
**PO Box 8500**
Number Street

**Philadelphia** **PA** **19178**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.63**

**$382.64**

**Swiftwick**
Nonpriority Creditor's Name
**PO Box 2363**
Number Street

**Brentwood** **TN** **37024**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.64**

**$2,259.00**

**Synchrony Bank**
Nonpriority Creditor's Name
**PO Box 960061**
Number Street

**Orlando** **FL** **32896-0061**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6 1 9 3

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Account used for payroll**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.65**

**T Arthouse TX LLC**
Nonpriority Creditor's Name
**251 Town Center Lane,**
Number Street

**Keller** **TX** **76248**
City State ZIP Code

**$255,449.70**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Corporate debt- personal guarantor**

**business lease: 251 Town Center Lane #2101, Keller, Texas**

**4.66**

**Tifosi**
Nonpriority Creditor's Name
**1011 Industrial Blvd,**
Number Street

**Watkinsville** **GA** **30677**
City State ZIP Code

**$2,015.00**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name)    Case number (if known) ____________

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.67**

**Unknown**

**TriCounty Electric Corp**
Nonpriority Creditor's Name
**600 Northwest Pkwy**
Number Street

**Azle** **TX** **76020**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.68**

**$100.32**

**Vfuel**
Nonpriority Creditor's Name
**1670 Clover Lane**
Number Street

**Estes Park** **CO** **80517**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.69**

**$5,731.01**

**Vittoria**
Nonpriority Creditor's Name
**1639 W. Sheridan Ave.**
Number Street

**Oklahoma City** **OK** **73106**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

**4.70**

**$1,725.00**

**Welcome Wagon**
Nonpriority Creditor's Name
**5830 Coral Ridge Dr, Ste 240**
Number Street

**Coral Springs** **FL** **33076**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **1 6 9 5**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Non-Consumer Debt**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.71

**$9,334.49**

**Willier Triestine USA, LLC**
Nonpriority Creditor's Name
**PO Box 18029**
Number Street

**Philadelphia** **PA** **19147**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Judgment - Non-Consumer Debt: judgment**

**Wilier Triestina USA, LLC vs. Knobbies & Slicks, Inc, Frank Zarsk; Case No. 2015-006382-3**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. **Total.** Add lines 6a through 6d. | 6d. | **$0.00** |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | **$0.00** |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$1,034,915.81** |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | **$1,034,915.81** |

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| Debtor 2 (Spouse, if filing) | **Deborah** | **Lynn** | **Zarsk** |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) ______________________

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **AT&T** (Name)<br>**PO Box 536216** (Number Street)<br>**Atlanta** (City) **GA** (State) **30353** (ZIP Code) | **cell phone**<br>**Contract to be ASSUMED** |
| 2.2 | **Verizon Wireless** (Name)<br>**PO Box 660108** (Number Street)<br>**Dallas** (City) **TX** (State) **75266-0108** (ZIP Code) | **cell phone**<br>**Contract to be ASSUMED** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Deborah** | **Lynn** | **Zarsk** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No. Go to line 3.
   - ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☐ No
     - ☑ Yes

     In which community state or territory did you live? **Texas** Fill in the name and current address of that person.

     **Deborah Lynn Zarsk**
     Name of your spouse, former spouse, or legal equivalent
     **307 W. Charlottesville Ave.**
     Number Street

     **Colleyville** **TX** **76032**
     City State ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |
| 3.1 | **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br><br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.1**<br>☐ Schedule G, line ____<br>**Abbey Bike Tools** |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** — Check all schedules that apply: |
|---|---|
| 3.2 **Knobbies & Slicks, Inc.**<br>**307 W. Charolottesville Ave.**<br>**Colleyville TX 76034** | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.2**<br>☐ Schedule G, line ____<br>**Accord** |
| 3.3 **Knobbies & Slicks, Inc.**<br>**307 W. Charolottesville Ave.**<br>**Colleyville TX 76034** | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.3**<br>☐ Schedule G, line ____<br>**Advanced Sports,Inc.** |
| 3.4 **Knobbies & Slicks, Inc.**<br>**307 W. Charolottesville Ave.**<br>**Colleyville TX 76034** | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.4**<br>☐ Schedule G, line ____<br>**Albabici** |
| 3.5 **Knobbies & Slicks, Inc.**<br>**307 W. Charolottesville Ave.**<br>**Colleyville TX 76034** | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.6**<br>☐ Schedule G, line ____<br>**America Flyer** |
| 3.6 **Knobbies & Slicks, Inc.**<br>**307 W. Charolottesville Ave.**<br>**Colleyville TX 76034** | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.7**<br>☐ Schedule G, line ____<br>**American Express** |
| 3.7 **Knobbies & Slicks, Inc.**<br>**307 W. Charolottesville Ave.**<br>**Colleyville TX 76034** | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.8**<br>☐ Schedule G, line ____<br>**Amstar/Southern Arthouse,LP** |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) — Case number (if known) ______

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** — Check all schedules that apply: |
|---|---|---|
| 3.8 | **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **4.9**<br>☐ Schedule G, line ______<br>**Anh H. Regent, Esq.** |
| 3.9 | **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **4.10**<br>☐ Schedule G, line ______<br>**Bank of America** |
| 3.10 | **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **4.11**<br>☐ Schedule G, line ______<br>**Bikase** |
| 3.11 | **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **4.12**<br>☐ Schedule G, line ______<br>**Bikesmart** |
| 3.12 | **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **4.13**<br>☐ Schedule G, line ______<br>**Bill Hammer** |
| 3.13 | **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **4.15**<br>☐ Schedule G, line ______<br>**CatEye** |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name)

Case number (if known) ____________________

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.14 | **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **4.17**<br>☐ Schedule G, line ______<br>**Colnago** |
| 3.15 | **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **4.18**<br>☐ Schedule G, line ______<br>**Creme (RumbleShip)** |
| 3.16 | **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **4.19**<br>☐ Schedule G, line ______<br>**David R. Casey, Esq.** |
| 3.17 | **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **4.20**<br>☐ Schedule G, line ______<br>**David W. Roth** |
| 3.18 | **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **4.21**<br>☐ Schedule G, line ______<br>**Fedex** |
| 3.19 | **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **4.22**<br>☐ Schedule G, line ______<br>**First Financial Bank** |

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ____________
First Name Middle Name Last Name

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.20** **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br><br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.25**<br>☐ Schedule G, line ____<br>**Fyxation** |
| **3.21** **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br><br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.26**<br>☐ Schedule G, line ____<br>**Gita Sporting Goods** |
| **3.22** **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br><br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.27**<br>☐ Schedule G, line ____<br>**Grapevine Colleyville Tax Office** |
| **3.23** **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br><br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.30**<br>☐ Schedule G, line ____<br>**Hammer Nutrition** |
| **3.24** **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br><br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.31**<br>☐ Schedule G, line ____<br>**Hans Johnson Company** |
| **3.25** **Knobbies & Slicks, Inc.**<br>Name<br>**307 W. Charolottesville Ave.**<br>Number Street<br><br>**Colleyville** **TX** **76034**<br>City State ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.32**<br>☐ Schedule G, line ____<br>**Hawley** |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name)

Case number (if known) ______

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.26 | **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.33**<br>☐ Schedule G, line ____<br>**Highway 2** |
| 3.27 | **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.34**<br>☐ Schedule G, line ____<br>**Industry Nine** |
| 3.28 | **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.35**<br>☐ Schedule G, line ____<br>**Intense Cycles USA** |
| 3.29 | **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.36**<br>☐ Schedule G, line ____<br>**IOU Financial** |
| 3.30 | **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.37**<br>☐ Schedule G, line ____<br>**Just Enough Tools** |
| 3.31 | **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.38**<br>☐ Schedule G, line ____<br>**KHS Bicycles** |

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ____________
First Name Middle Name Last Name

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32 **Knobbies & Slicks, Inc.**<br>**307 W. Charolottesville Ave.**<br>**Colleyville TX 76034** | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.39**<br>☐ Schedule G, line ____<br>**Kimberly A. Guest** |
| 3.33 **Knobbies & Slicks, Inc.**<br>**307 W. Charolottesville Ave.**<br>**Colleyville TX 76034** | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.40**<br>☐ Schedule G, line ____<br>**KTM Bike Industries** |
| 3.34 **Knobbies & Slicks, Inc.**<br>**307 W. Charolottesville Ave.**<br>**Colleyville TX 76034** | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.41**<br>☐ Schedule G, line ____<br>**Liberty Mutual Insurance** |
| 3.35 **Knobbies & Slicks, Inc.**<br>**307 W. Charolottesville Ave.**<br>**Colleyville TX 76034** | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.42**<br>☐ Schedule G, line ____<br>**Logica Sport, Inc.** |
| 3.36 **Knobbies & Slicks, Inc.**<br>**307 W. Charolottesville Ave.**<br>**Colleyville TX 76034** | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.43**<br>☐ Schedule G, line ____<br>**Look Cycles** |
| 3.37 **Knobbies & Slicks, Inc.**<br>**307 W. Charolottesville Ave.**<br>**Colleyville TX 76034** | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.44**<br>☐ Schedule G, line ____<br>**NineOne Design** |

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ______
First Name Middle Name Last Name

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.38 **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.45**<br>☐ Schedule G, line ____<br>**Oakley** |
| 3.39 **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.46**<br>☐ Schedule G, line ____<br>**One Source** |
| 3.40 **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.47**<br>☐ Schedule G, line ____<br>**Onesource Communications** |
| 3.41 **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.48**<br>☐ Schedule G, line ____<br>**Orbea** |
| 3.42 **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.49**<br>☐ Schedule G, line ____<br>**Outdoor Gear (Opus)** |
| 3.43 **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.50**<br>☐ Schedule G, line ____<br>**Pearl Capital** |

Debtor 1 Frank Dale Zarsk (First Name, Middle Name, Last Name) Case number (if known) ____________

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.44 **Knobbies & Slicks, Inc.**
Name
**307 W. Charolottesville Ave.**
Number Street

**Colleyville** **TX** **76034**
City State ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line **4.52**
☐ Schedule G, line ____
**Pryde Group**

3.45 **Knobbies & Slicks, Inc.**
Name
**307 W. Charolottesville Ave.**
Number Street

**Colleyville** **TX** **76034**
City State ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line **4.53**
☐ Schedule G, line ____
**Pure**

3.46 **Knobbies & Slicks, Inc.**
Name
**307 W. Charolottesville Ave.**
Number Street

**Colleyville** **TX** **76034**
City State ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line **4.54**
☐ Schedule G, line ____
**QBP**

3.47 **Knobbies & Slicks, Inc.**
Name
**307 W. Charolottesville Ave.**
Number Street

**Colleyville** **TX** **76034**
City State ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line **4.55**
☐ Schedule G, line ____
**RFE Holding (Canada) Corp**

3.48 **Knobbies & Slicks, Inc.**
Name
**307 W. Charolottesville Ave.**
Number Street

**Colleyville** **TX** **76034**
City State ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line **4.56**
☐ Schedule G, line ____
**Ron Wright**

3.49 **Knobbies & Slicks, Inc.**
Name
**307 W. Charolottesville Ave.**
Number Street

**Colleyville** **TX** **76034**
City State ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line **4.57**
☐ Schedule G, line ____
**Santa Cruz**

Debtor 1 Frank (First Name) Dale (Middle Name) Zarsk (Last Name) Case number (if known) ____________

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.50 Knobbies & Slicks, Inc. (Name)<br>307 W. Charolottesville Ave. (Number Street)<br>Colleyville (City) TX (State) 76034 (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.58<br>☐ Schedule G, line ____<br>**Skins** |
| 3.51 Knobbies & Slicks, Inc. (Name)<br>307 W. Charolottesville Ave. (Number Street)<br>Colleyville (City) TX (State) 76034 (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.59<br>☐ Schedule G, line ____<br>**Small Business Administration** |
| 3.52 Knobbies & Slicks, Inc. (Name)<br>307 W. Charolottesville Ave. (Number Street)<br>Colleyville (City) TX (State) 76034 (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.61<br>☐ Schedule G, line ____<br>**Smith Optics** |
| 3.53 Knobbies & Slicks, Inc. (Name)<br>307 W. Charolottesville Ave. (Number Street)<br>Colleyville (City) TX (State) 76034 (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.62<br>☐ Schedule G, line ____<br>**Sugoi** |
| 3.54 Knobbies & Slicks, Inc. (Name)<br>307 W. Charolottesville Ave. (Number Street)<br>Colleyville (City) TX (State) 76034 (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.63<br>☐ Schedule G, line ____<br>**Swiftwick** |
| 3.55 Knobbies & Slicks, Inc. (Name)<br>307 W. Charolottesville Ave. (Number Street)<br>Colleyville (City) TX (State) 76034 (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.65<br>☐ Schedule G, line ____<br>**T Arthouse TX LLC** |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name)    Case number (if known) ____________

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.56** **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.66**<br>☐ Schedule G, line ____<br>**Tifosi** |
| **3.57** **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.67**<br>☐ Schedule G, line ____<br>**TriCounty Electric Corp** |
| **3.58** **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.68**<br>☐ Schedule G, line ____<br>**Vfuel** |
| **3.59** **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.69**<br>☐ Schedule G, line ____<br>**Vittoria** |
| **3.60** **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.70**<br>☐ Schedule G, line ____<br>**Welcome Wagon** |
| **3.61** **Knobbies & Slicks, Inc.** (Name)<br>**307 W. Charolottesville Ave.** (Number Street)<br>**Colleyville** (City) **TX** (State) **76034** (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.71**<br>☐ Schedule G, line ____<br>**Willier Triestine USA, LLC** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Frank | Dale | Zarsk |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Deborah | Lynn | Zarsk |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

________________
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | sales |
| **Employer's name** | | BKM Total Office of Texas |
| **Employer's address** (Number Street) | | 9755 Clifford Dr., Ste 100 |
| (City State Zip Code) | | Dallas TX 75220 |
| **How long employed there?** | | 15 years |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2. List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $6,346.50 |
| **3. Estimate and list monthly overtime pay.** | 3. + | $0.00 | $0.00 |
| **4. Calculate gross income.** Add line 2 + line 3. | 4. | $0.00 | $6,346.50 |

Debtor 1 Frank (First Name) Dale (Middle Name) Zarsk (Last Name) Case number (if known)

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ➔ | 4. | $0.00 | $6,346.50 |
| **5.** | **List all payroll deductions:** | | | |
| **5a.** | **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $5,537.22 |
| **5b.** | **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| **5c.** | **Voluntary contributions for retirement plans** | 5c. | $0.00 | $1,744.98 |
| **5d.** | **Required repayments of retirement fund loans** | 5d. | $0.00 | $727.17 |
| **5e.** | **Insurance** | 5e. | $0.00 | $1,024.95 |
| **5f.** | **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| **5g.** | **Union dues** | 5g. | $0.00 | $0.00 |
| **5h.** | **Other deductions.** Specify: | 5h. + | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $9,034.32 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | ($2,687.82) |
| **8.** | **List all other income regularly received:** | | | |
| **8a.** | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| **8b.** | **Interest and dividends** | 8b. | $0.00 | $0.00 |
| **8c.** | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $700.00 |
| **8d.** | **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| **8e.** | **Social Security** | 8e. | $0.00 | $0.00 |
| **8f.** | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| **8g.** | **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| **8h.** | **Other monthly income.** Specify: See continuation sheet | 8h. + | $0.00 | $16,101.23 |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $16,801.23 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $0.00 + | $14,113.41 = $14,113.41 |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: 11. + $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. 12. $14,113.41 **Combined monthly income**

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known)
First Name Middle Name Last Name

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain: **Strictly commession based income, therefore, it fluctuates from month to month based on sales made.**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known)

| 8h. Other Monthly Income (details) | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **Average commissions** | | **$15,465.81** |
| **Ave monthly reimbursements 635.** | | **$635.42** |
| **Totals:** | **$0.00** | **$16,101.23** |

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| Debtor 2 (Spouse, if filing) | **Deborah** | **Lynn** | **Zarsk** |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) ________

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

________ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

- ☑ No
- ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent...................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 20 | ☐ No ☑ Yes |
| Son | 10 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,698.25** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | **$262.92** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$360.41** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$280.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | **$47.91** |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known)

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$350.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$250.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$250.00** |
| | 6d. Other. Specify: **home security; cell phone** | 6d. | **$550.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$2,200.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$400.00** |
| 10. | **Personal care products and services** | 10. | **$150.00** |
| 11. | **Medical and dental expenses** | 11. | **$350.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$850.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$137.50** |
| | 15b. Health insurance | 15b. | **$925.00** |
| | 15c. Vehicle insurance | 15c. | **$476.84** |
| | 15d. Other insurance. Specify: | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 **2013 Fiat** | 17a. | **$391.76** |
| | 17b. Car payments for Vehicle 2 **2013 BMW** | 17b. | **$542.30** |
| | 17c. Other. Specify: **Student Loan (Son's)** | 17c. | **$200.00** |
| | 17d. Other. Specify: **ave. work related expenses** | 17d. | **$635.42** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known)
First Name Middle Name Last Name

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | |
| 20b. | Real estate taxes | 20b. | |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. | Homeowner's association or condominium dues | 20e. | |

**21. Other.** Specify: 21. +

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$12,508.31** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$12,508.31** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$14,113.41** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | – **$12,508.31** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$1,605.10** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes. Explain here:
**Discretionary expenses will be adjusted based on income**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Deborah** | **Lynn** | **Zarsk** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| **1.** *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | **$491,900.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B | **$433,618.24** |
| 1c. Copy line 63, Total of all property on Schedule A/B | **$925,518.24** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| **2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D | **$351,605.44** |
| **3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F | + **$1,034,915.81** |
| **Your total liabilities** | **$1,386,521.25** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| **4.** *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I | **$14,113.41** |
| **5.** *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J | **$12,508.31** |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

- ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
- ☑ Yes

**7. What kind of debt do you have?**

- ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
- ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14. ____________

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| **From Part 4 on *Schedule E/F,* copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations. (Copy line 6a.) | ____________ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | ____________ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | ____________ |
| 9d. Student loans. (Copy line 6f.) | ____________ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | ____________ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + ____________ |
| 9g. **Total.** Add lines 9a through 9f. | ____________ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Deborah** | **Lynn** | **Zarsk** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ____________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X /s/ Frank Dale Zarsk**
Frank Dale Zarsk, Debtor 1

Date **04/12/2016**
MM / DD / YYYY

**X /s/ Deborah Lynn Zarsk**
Deborah Lynn Zarsk, Debtor 2

Date **04/12/2016**
MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Deborah** | **Lynn** | **Zarsk** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/16**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
*(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1 Frank (First Name) Dale (Middle Name) Zarsk (Last Name)    Case number (if known) ____________

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $114,940.60 |
| **For the last calendar year:** (January 1 to December 31, 2015 ) YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $255,871.96 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2014 ) YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $270,594.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | | | child support | $2,100.02 |
| **For the last calendar year:** (January 1 to December 31, 2015 ) YYYY | | | child support | $4,237.92 |
| **For the calendar year before that:** (January 1 to December 31, 2014 ) YYYY | tax refund (joint) | $11,207.00 | child support | $4,237.92 |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Tria-Ad 401(k)**<br>Creditor's name<br>Number Street<br>City State ZIP Code | **April 7, 2016** | **$29,770.15** | **$1,238.14** | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☑ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other ______ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☐ No
☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Chris Menegay**<br>Insider's name<br>**8108 Barrymoure Lane**<br>Number Street<br>**Plano** **TX** **75025**<br>City State ZIP Code | **monthly for past 12 months; interest at a rate of $625.00 per month** | **$7,500.00** | **$75,000.00** | |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known)

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Bianchi** (Insider's name)<br>**21325A Cabot Blvd** (Number Street)<br>**Hayward** (City) **CA** (State) **94545** (ZIP Code) | **2/2016** | **$6,742.15** | **$0.00** | **Debtor Husband's Parent's safety deposit box was seized by Bill Hammer in re: JS15-00281L; cash seized in box were applied to balance due** |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

- [x] No
- [ ] Yes. List all payments that benefited an insider.

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- [ ] No
- [x] Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Bianchi USA vs. Knobbies et al**<br>Case number **JS15-00281L** | **business debt collection: Bianchi USA vs. Knobbies and Slicks, Inc. and Frank Dale Zarsk aka Bud Zarsk, and Deborah Lynn Zarsk;** | **Justice Court, Precinct 4 Place 2** (Court Name)<br>**Dallas County, Texas** (Number Street)<br>City State ZIP Code | [ ] Pending<br>[ ] On appeal<br>[x] Concluded |
| **Accord Business Funding, LLC**<br>Case number **1067602** | **business debt collection Accord Business Funding, LLC vs. Knobbies & Slicks, Inc., Frank Zarsk; post judtgment discovery pending** | **County Court @ Law No. 4** (Court Name)<br>**Harris County, Texas** (Number Street)<br>City State ZIP Code | [x] Pending<br>[ ] On appeal<br>[x] Concluded |
| **Wilier Triestina USA, LLC vs.**<br>Case number **2015-006382-3** | **Wilier Triestina USA, LLC vs. Knobbies & Slicks, Inc, Frank Zarsk; Default judgment entered 2/24/16; post judgment discovery pending** | **County Court at Law No. 3** (Court Name)<br>**Tarrant County, Texas** (Number Street)<br>City State ZIP Code | [x] Pending<br>[ ] On appeal<br>[x] Concluded |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **First Financial Bank** | **First Financial Bank, NA vs. Knobbies & Slicks, Inc., Frank Zarsk and Deborah Zarsk;** | **141st District Court** (Court Name)<br>**Tarrant County, Texas** (Number Street)<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **141-283270-16** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| Creditor | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Amstar/Southern Arthouse,LP** (Creditor's Name)<br>**1050 17th Street, Suite 2300** (Number Street)<br>**Denver** (City) **CO** (State) **80265** (ZIP Code) | **office liease space located: 251 Town Center Lane #2101, Keller, Texas**<br>Explain what happened<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized, or levied. | **11/30/2015** | |
| **First Financial Bank** (Creditor's Name)<br>**PO Box 701** (Number Street)<br>**Abilene** (City) **TX** (State) **79604-0701** (ZIP Code) | **2006 Mini Cooper**<br>Explain what happened<br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | **11/2015** | |
| **First Financial Bank** (Creditor's Name)<br>**PO Box 701** (Number Street)<br>**Abilene** (City) **TX** (State) **79604-0701** (ZIP Code) | **1998 Ram Van**<br>Explain what happened<br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | **11/2015** | |
| **First Financial Bank** (Creditor's Name)<br>**PO Box 701** (Number Street)<br>**Abilene** (City) **TX** (State) **79604-0701** (ZIP Code) | **2006 Ford F-150**<br>Explain what happened<br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | **11/27/15** | |

Debtor 1 Frank Dale Zarsk Case number (if known)
First Name Middle Name Last Name

| Creditor | Describe the property | Date | Value of the property |
|---|---|---|---|
| **First Financial Bank** (Creditor's Name)<br>**PO Box 701** (Number Street)<br>**Abilene TX 79604-0701** (City State ZIP Code) | **inventory, equipment, fixtures situated at 251 Town Center Lane #2101, Keller, Texas**<br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized, or levied. | **11/2015** | |
| **Bank of America** (Creditor's Name)<br>Number Street<br>City State ZIP Code | **Safety Deposit Box #D0488 situated at Bank of America Branch in Florida**<br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized, or levied. | **2/2015** | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No
☑ Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Vida Law Firm, PLLC**<br>Person Who Was Paid<br>**3000 Central Drive**<br>Number Street<br><br>**Bedford** **TX** **76021**<br>City State ZIP Code<br>Email or website address<br>Person Who Made the Payment, if Not You | | **11/02/2015** | **$1,000.00**<br>**$3,000.00** |
| **Access Counseling, Inc.**<br>Person Who Was Paid<br>Number Street<br><br>City State ZIP Code<br>Email or website address<br>Person Who Made the Payment, if Not You | | **2/8/16** | **$40.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Unknown third party on Craiglist**<br>Number Street<br>City State ZIP Code<br>Person's relationship to you **NA** | **4x8 homebuilt trailer** | **$1000.00** | **12/15** |
| **Unknown third party on Craiglist**<br>Number Street<br>City State ZIP Code<br>Person's relationship to you **NA** | **Pinarello Bike fram** | **$800.00** | **1/16** |
| **Unknown third party on Craiglist**<br>Number Street<br>City State ZIP Code<br>Person's relationship to you **NA** | **Bicycle wheels** | **$200.00** | **1/16** |
| **Unknown third party on Craiglist**<br>Number Street<br>City State ZIP Code<br>Person's relationship to you **NA** | **Beach Cruiser** | **$300.00** | **1/2016** |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Unknown third party on Craiglist**<br>Number Street:<br>City State ZIP Code:<br>Person's relationship to you **NA** | **Bicycle handlebars and stem** | **$200.00** | **12/15** |
| **Unknown third party on Ebay**<br>Number Street:<br>City State ZIP Code:<br>Person's relationship to you **NA** | **1991 Mountain BIke** | **$1100.00** | **1/16** |
| **Unknown third party on Ebay**<br>Number Street:<br>City State ZIP Code:<br>Person's relationship to you **NA** | **1982 Road bicycle** | **$900.00** | **1/16** |
| **Unknown third party on Craiglist**<br>Number Street:<br>City State ZIP Code:<br>Person's relationship to you **NA** | **used flat wheels** | **$400.00** | **1/16** |
| **garage sale**<br>Number Street:<br>City State ZIP Code:<br>Person's relationship to you **NA** | **misc. household items** | **$350.00** | **10/15** |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Unknown Third Party**<br>Number Street<br>City State ZIP Code<br>Person's relationship to you ________ | **firearm** | **$100.00** | **1/2016** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America**<br>Number Street<br>City State ZIP Code | XXXX- __ 4 0 1 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | |
| **Bank of America**<br>Number Street<br>City State ZIP Code | XXXX- __ 5 1 2 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

| Name of Financial Institution / Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America**<br>Name of Financial Institution<br>Number Street<br>City State ZIP Code | XXXX- __ 8 7 8 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | |
| **First Financial Bank**<br>Name of Financial Institution<br>Number Street<br>City State ZIP Code | XXXX- __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **12/2015** | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution / Address | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Bank of America**<br>Name of Financial Institution<br>Number Street<br>City State ZIP Code | **Frank G. Zarsk**<br>Name<br>**1914 Cavendish Ct.**<br>Number Street<br>**Viera** (City) **FL** (State) **32955-6645** (ZIP Code) | **Debtor is listed as an owner of the safety deposit box for the benefit of his elderly parents. Debtor does not have any personal items stored in the box and the contents of said box belong to parents.** | ☐ No<br>☑ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ______________
First Name Middle Name Last Name

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- ☑ No
- ☐ Yes. Fill in the details.

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
- ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
- ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- ☑ No
- ☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

- ☑ No
- ☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ☑ No
- ☐ Yes. Fill in the details.

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ______
First Name Middle Name Last Name

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

**Knobbies & Slicks, Inc.**
Business Name

**307 W. Charolottesville Ave.**
Number Street

**Colleyville,** **TX** **76034**
City State ZIP Code

**Describe the nature of the business**

**Name of accountant or bookkeeper**
**Alan Green CPA, PLLC**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

**EIN:** 2 7 – 2 6 2 2 9 7 9

**Dates business existed**

**From** 05/19/2010 **To** 10/30/2015

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

Debtor 1 **Frank** **Dale** **Zarsk** Case number (if known) ____________

First Name Middle Name Last Name

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X /s/ Frank Dale Zarsk**
Frank Dale Zarsk, Debtor 1

Date **04/12/2016**

**X /s/ Deborah Lynn Zarsk**
Deborah Lynn Zarsk, Debtor 2

Date **04/12/2016**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person ____________ Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and
- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liqudation
- Chapter 11 -- Reorganization
- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen
- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

| | | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form--sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.
- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together--called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Deborah** | **Lynn** | **Zarsk** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Hold Secured Claims

**1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Amerisave Mortgage Corp.**<br>Description of property securing debt: **H/L: 307 W. Charlottesville Ave., Colleyville, Tex** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **BMW Financial Services**<br>Description of property securing debt: **2013 mini BMW Countrymen** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **Nebraska Furniture Mart**<br>Description of property securing debt: **television, rug** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: **Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ______

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Wells Fargo Dealer Services**<br>Description of property securing debt: **2013 Fiat 500** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|
| Lessor's name: **AT&T**<br>Description of leased property: **cell phone** | ☐ No<br>☑ Yes |
| Lessor's name: **Verizon Wireless**<br>Description of leased property: **cell phone** | ☐ No<br>☑ Yes |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.**

X **/s/ Frank Dale Zarsk**
Frank Dale Zarsk, Debtor 1

Date **04/12/2016**
MM / DD / YYYY

X **/s/ Deborah Lynn Zarsk**
Deborah Lynn Zarsk, Debtor 2

Date **04/12/2016**
MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Frank Dale Zarsk**
**Deborah Lynn Zarsk**

CASE NO

CHAPTER **7**

# DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)

| | |
|---|---|
| **Amount paid:** | $4,500.00 |
| **Amount to be paid:** | $0.00 |
| **Property transferred to attorney:** | None |
| **Collateral held by attorney:** | None |
| **Source of compensation:** | Current wages |

*I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connections with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.*

*I further certify that the Debtor has been informed and has agreed that the compensation paid shall include the following legal services: (a) All conferences with the Debtor; (b) Preparation of Petition and Schedules; (c) Attendance at 341 First Meeting and attendance at reaffirmation and/or confirmation hearings; (d) Preparation of routine motions.*

*I have not agreed to share this compensation with any person other than members of the firm.*

Date 4/12/2016

**/s/ Behrooz P. Vida**

***Behrooz P. Vida*** Bar No. **20578040**
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021
Phone: (817) 358-9977 / Fax: (817) 358-9988

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Frank Dale Zarsk**
**Deborah Lynn Zarsk**

CASE NO

CHAPTER **7**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 4/12/2016

Signature **/s/ Frank Dale Zarsk**
***Frank Dale Zarsk***

Date 4/12/2016

Signature **/s/ Deborah Lynn Zarsk**
***Deborah Lynn Zarsk***

Abbey Bike Tools
100 SE Bridgeford Blvd, Ste D
Bend, Oregon 97702

Accord
c/o Regent & Associates
3601 Audubon Place
Houston, Texas 77036

Advanced Sports,Inc.
10940 Dutton Road
Philadelphia, PA 19154

Albabici
1501 Mariner Dr.
Oxnard, CA 93033

Amazon
PO Box 960013
Orlando, FL 32896-0013

America Flyer
PO Box 19097
Anaheim, CA 92817

American Express
PO Box 2878
Omaha, NE 68103

Amerisave Mortgage Corp.
1 Corporate Dr., Ste 360
Lake Zurich, IL 60047

Amstar/Southern Arthouse,LP
1050 17th Street, Suite 2300
Denver, CO 80265

Anh H. Regent, Esq.
3730 Kirby Dr. #720
Houston, Texas 77098-3933

AT&T
PO Box 536216
Atlanta, GA 30353

Bank of America
PO Box 15796
Wilmington, DE 19886

Bikase
5855 N. 94th Street
Milwaukee, WI 53225

Bikesmart
55 Leveroni Court
Norato, CA 94949

Bill Hammer
PO Box 8587
Round Rock, Texas 78683-8587

BMW Financial Services
PO Box 3608
Dublin, OH 43016

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

CatEye
2825 Wilderness PL.
Suite 1200
Boulder, CO 80301

Chris Menegay
8108 Barrymoure Lane
Plano, Texas 75025

Colnago
1528 W. Adams St., Suite 403
Chicago, Il 60607

Commerical Collection Solutions, Inc.
PO Box 4156
Seal Beach, CA 90740

Creme (RumbleShip)
Bikesmart, Inc.
55 Leveroni Ct.
Norato, CA 94949

CST Co.
PO Box 224768
Dallas, Texas 75222

David R. Casey, Esq.
1840 Norwood Plaza, Suite 102
Hurst, Texas 76054

David W. Roth
Blendon Roth Law Firm `
2217 Harwood Road
Bedford, Texas 76021-3607

Encore Receivable Mgmt.
400 N. Rogers Road
PO Box 3330
Olathe, KS 66063-3330

Fedex
PO Box 660481
Dallas, Texas 75266-0481

First Collection Services
10925 Otter Creek E. Blvd.
Mabelvale, AR 72103-1661

First Financial Bank
PO Box 701
Abilene, Texas 79604-0701

First Premier Bank
PO Box 5524
Sioux Falls, SD 57117-5524

Florida Dept. of Transportation
c/o Alliance One
6565 Kimball Dr., Ste 200
Big Harbor, WA 98335

Fyxation
2943 N. Humboldt Blvd,
Milwaukee, WI 53212

Gita Sporting Goods
12500 Steele Creek Road
Charlotte, NC 28273

Grapevine Colleyville Tax Office
Colette Ballinger, Tax Assessor
3072 Mustang Dr.,
Grapevine, Texas 76051

Grapevine Emergency Physicians
c/o Phoenix Financial Services
8902 Otis Ave., Se 103A
Indianapolis, IN 46216

Guest & Associates, PC
421 E. Airport Freeway, Suite 115
Irving, Texas 75062

Hammer Nutrition
4952 Whitefish Stage Road
Whitefish, MT 59937

Hans Johnson Company
PO Box 569090
Dallas, Texas 75356

Hawley
PO Box 890579
Charlotte, NC 28289

Highway 2
1909 Miller Dr
Olney, IL 62450

Industry Nine
21 Old County Home Road
Asheville, NC 28806

Intense Cycles USA
42380 Rio Nedo
Temecula, CA 92590

Internal Revenue Service Center
PO Box 7346
Philadelphia, PA 19101-7346

IOU Financial
600 Townpark Lane
Ste 100
Kennesaw, GA 30144

Just Enough Tools
55 Leveroni Court
Norato, CA 94949

KHS Bicycles
2840 East Harcourt St.
Rancho Dominquez, CA 90221

Kimberly A. Guest
421 E. Airport Freeway, Suite 115
Irving, Texas 75062

Knobbies & Slicks, Inc.
307 W. Charolottesville Ave.
Colleyville, Texas 76034

KTM Bike Industries
1835 NW 112th Ave., Ste 181
Miami, FL 33172

Liberty Mutual Insurance
62 Maple Ave.
Keene, NH 03431

Logica Sport, Inc.
1197 Main Street US 9
Champlain, NY 12919

Look Cycles
6300 San Ignacio Ave., Ste G
San Jose, CA 95119

Nebraska Furniture Mart
PO Box 2335
Omaha, NE 68103

NineOne Design
5114 Steeplechase
Colleyville, Texas 76034

Oakley
File 55716
Los Angeles, CA 90074

One Source
4800 Keller Hicks Road
Fort Worth, Texas 76244

Onesource Communications
4800 Keller Hicks Road
Keller, Texas 76244

Orbea
PO Box 7462
Little Rock, AR 72217

Outdoor Gear (Opus)
10555 Boul, Henri Bourassa O
Saint-Laurent, QC H4S 1A1

Pearl Capital
40 Exchange Place #301
New York, NY 10005

Professional Account Management
PO Box 866608
Plano, Texas 75086

Progressive County Mutual
c/o Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365

Pryde Group
20/F YKK Building, Phase 2
2 San Lik Street
Mun Hong Kong

Pure
55 Leveroni Court
Norato, CA 94949

QBP
6400 W 10th Street
Bloomington MN 55438

RFE Holding (Canada) Corp
dba Easton Cycling
8327 East lake Dr.
Burnaby, BC V5A 4W2

Ron Wright
Tarrant County Tax Assessor
100 E. Weatherford
Fort Worth, Texas 76196

Santa Cruz
2841 Mission Street
Santa Cruz, CA 95060

Skins
3694 Second Street, Suite 6
Encinitas, CA 92024

Small Business Administration
PO Box 740192
Atlanta, GA 30374-0192

Small Business Administration
4300 Amon Carter Blvd, Suite 114
Fort Worth, Texas 76155

Small Business Administration
801 Tom Martin Drive, Suite 120
Birmingham, AL 35211

Smith Optics
PO Box 4300
Mail Stop 70
Portland, OR 97208

Sugoi
PO Box 8500
Philadelphia, PA 19178

Swiftwick
PO Box 2363
Brentwood, TN 37024

Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061

T Arthouse TX LLC
251 Town Center Lane,
Keller, Texas 76248

The Blendon Roth Law Firm
2217 Harwood Road
Bedford, Texas 76021-3607

Tifosi
1011 Industrial Blvd,
Watkinsville, GA 30677

Transworld Systems, Inc.
Fedex Techconnect, Inc.
PO Box 17212
Wilmington, DE 19850

TriCounty Electric Corp
600 Northwest Pkwy
Azle, Texas 76020

VeriCore
10115 Kincey Ave.
Ste 100
Huntersville, NC 28078

Verizon Wireless
PO Box 660108
Dallas, Texas 75266-0108

Vfuel
1670 Clover Lane
Estes Park, CO 80517

Vittoria
1639 W. Sheridan Ave.
Oklahoma City, OK 73106

Wagner, Falconer & Judd, Ltd.
325 North Corporate Dr., Suite 100
Brookfield, WI 53045-5828

Welcome Wagon
5830 Coral Ridge Dr, Ste 240
Coral Springs, FL 33076

Wells Fargo Dealer Services
15750 Alton Pkwy
Irvine, CA 92618

Willier Triestine USA, LLC
PO Box 18029
Philadelphia, PA 19147

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Deborah** | **Lynn** | **Zarsk** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) ______________________

**Check one box only as directed in this form and in Form 122A-1Supp:**

- ☑ 1. There is no presumption of abuse.
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.**

## Part 1: Calculate Your Current Monthly Income

**1. What is your marital and filing status?** Check one only.

- ☐ **Not married.** Fill out Column A, lines 2-11.
- ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
- ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**
  - ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
  - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | |

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name)

Case number (if known) ____________

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|

**5. Net income from operating a business, profession, or farm**

| | **Debtor 1** | **Debtor 2** | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | ______ | ______ | | | |
| Ordinary and necessary operating expenses | − ______ | − ______ | | | |
| Net monthly income from a business, profession, or farm | ______ | ______ | **Copy here** ➔ | ______ | ______ |

**6. Net income from rental and other real property**

| | **Debtor 1** | **Debtor 2** | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | ______ | ______ | | | |
| Ordinary and necessary operating expenses | − ______ | − ______ | | | |
| Net monthly income from rental or other real property | ______ | ______ | **Copy here** ➔ | ______ | ______ |

**7. Interest, dividends, and royalties** ______ ______

**8. Unemployment compensation** ______ ______

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................

For you................................................................................ ______

For your spouse................................................................. ______

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. ______ ______

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

______________________________ ______ ______

______________________________ ______ ______

Total amounts from separate pages, if any. + ______ + ______

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. ______ + ______ = ______ **Total current monthly income**

Debtor 1 **Frank** (First Name) **Dale** (Middle Name) **Zarsk** (Last Name) Case number (if known) ____________

## Part 2: Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11........................................................**Copy line 11 here** ➔ 12a. ________

Multiply by 12 (the number of months in a year). **X 12**

12b. The result is your annual income for this part of the form. 12b. ________

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. ________

Fill in the number of people in your household. ________

Fill in the median family income for your state and size of household.......................................................................... 13. ________

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X /s/ Frank Dale Zarsk**
Frank Dale Zarsk, Debtor 1

Date **4/12/2016**
MM / DD / YYYY

**X /s/ Deborah Lynn Zarsk**
Deborah Lynn Zarsk, Debtor 2

Date **4/12/2016**
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frank** | **Dale** | **Zarsk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Deborah** | **Lynn** | **Zarsk** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) ____________________

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)

**12/15**

**File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

### Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   - ☐ No. Go to line 3.
   - ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1,*There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

   - ☐ No. Complete Form 122A-1. Do not submit this supplement.
   - ☐ Yes. Check any one of the following categories that applies:
     - ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.
     - ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on ________________ which is fewer than 540 days before I file this bankruptcy case.
     - ☐ **I am performing a homeland defense activity for at least 90 days.**
     - ☐ **I performed a homeland defense activity for at least 90 days,** ending on ________________, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.