## Earnings Statement

**DEBORAH L ZARSK**

Pay Date: 03/25/2016 Company: 03923 - BKM TOTAL OFFICE OF TEXAS LLC Emp #: 2033
Period Start: 03/14/2016 9755 CLIFFORD DR Dept: DALSL
Period End: 03/20/2016 DALLAS, TX 75220-5335 (214) 902-7200 Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year to Date | |
|---|---|---|---|---|---|
| Regular | | | 2884.80 | 17308.80 | |
| Paid Time Off | | | 0.00 | 2019.36 | |
| Bonus | | | 0.00 | 25000.00 | |
| Commission | | | 0.00 | 69747.00 | |
| Holiday | | | 0.00 | 865.44 | |
| | **Gross Pay** | | **2884.80** | **114940.60** | |
| **W/H Taxes** | | | | | |
| Federal W/H (M/4) | | | 118.24 | 26812.58 | |
| Medicare | | | 32.03 | 1598.05 | |
| Social Security | | | 136.94 | 6832.89 | |
| **Deductions** | | | | | |
| 401k % | | | 230.78 | 9195.22 | |
| 401k Loan 2 | | | 332.65 | 2328.55 | |
| Dental Pre-tax | | | 44.86 | 314.02 | |
| Entertainment | | | 0.00 | -235.94 | |
| EE HSA | | | 259.00 | 1813.00 | |
| HDP Medical | | | 363.19 | 2542.33 | |
| Mileage | | | 0.00 | -308.25 | |
| Phone/Fax | | | 0.00 | -150.00 | |
| Parking/Tolls | | | 0.00 | -79.00 | |
| Vision Pre-Tax | | | 8.97 | 62.79 | |
| | **Net Pay** | | **1358.14** | **64214.36** | Voucher No.: 19718DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 1358.14 | 64214.36 | A/C:2070 |

| Employee Benefits | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k % - Match | 0.00 | 1500.00 | *Company Match | |
| PTO Weekly Hours | 6.15 | 129.20 | 0.00 | 129.20 |

Voucher No.: 19718DD

BKM TOTAL OFFICE OF TEXAS LLC
9755 CLIFFORD DR
DALLAS, TX 752205335

DATE: 03/25/2016

| Net Pay: | $ 1358.14 |
|---|---|
| One Thousand Three Hundred Fifty Eight And 14/100 Dollars | |

DEBORAH L ZARSK
307 WEST CHARLOTTESVILLE AVE
COLLEYVILLE, TX 76034

**For Record Purposes Only**
****NON-NEGOTIABLE****

**Earnings Statement** — **DEBORAH L ZARSK**

Pay Date: 03/18/2016 Company: 03923 - BKM TOTAL OFFICE OF TEXAS LLC Emp #: 2033
Period Start: 03/07/2016 9755 CLIFFORD DR Dept: DALSL
Period End: 03/13/2016 DALLAS, TX 75220-5335 (214) 902-7200 Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year to Date | |
|---|---|---|---|---|---|
| Regular | | | 0.00 | 14424.00 | |
| Paid Time Off | | | 0.00 | 2019.36 | |
| Bonus | | | 0.00 | 25000.00 | |
| Commission | | | 5010.00 | 69747.00 | |
| Holiday | | | 0.00 | 865.44 | |
| | **Gross Pay** | | **5010.00** | **112055.80** | |
| **W/H Taxes** | | | | | |
| Federal W/H (M/4) | | | 589.03 | 26694.34 | |
| Medicare | | | 72.65 | 1566.02 | |
| Social Security | | | 310.62 | 6695.95 | |
| **Deductions** | | | | | |
| 401k % | | | 400.80 | 8964.44 | |
| 401k Loan 2 | | | 0.00 | 1995.90 | |
| Dental Pre-tax | | | 0.00 | 269.16 | |
| Entertainment | | | 0.00 | -235.94 | |
| EE HSA | | | 0.00 | 1554.00 | |
| HDP Medical | | | 0.00 | 2179.14 | |
| Mileage | | | 0.00 | -308.25 | |
| Phone/Fax | | | 0.00 | -150.00 | |
| Parking/Tolls | | | 0.00 | -79.00 | |
| Vision Pre-Tax | | | 0.00 | 53.82 | |
| | **Net Pay** | | **3636.90** | **62856.22** | Voucher No.: 19629DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 3636.90 | 62856.22 | A/C:2070 |

| Employee Benefits | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k % - Match | 0.00 | 1500.00 | *Company Match | |
| PTO Weekly Hours | 0.00 | 123.05 | 0.00 | 123.05 |

Voucher No.: 19629DD

BKM TOTAL OFFICE OF TEXAS LLC
9755 CLIFFORD DR
DALLAS, TX 752205335

DATE: 03/18/2016

| Net Pay: | $ 3636.90 |
|---|---|
| Three Thousand Six Hundred Thirty Six And 90/100 Dollars | |

DEBORAH L ZARSK
307 WEST CHARLOTTESVILLE AVE
COLLEYVILLE, TX 76034

For Record Purposes Only
**NON-NEGOTIABLE**

**Earnings Statement** — **DEBORAH L ZARSK**

Pay Date: 03/11/2016 | Company: 03923 - BKM TOTAL OFFICE OF TEXAS LLC | Emp #: 2033
Period Start: 02/29/2016 | 9755 CLIFFORD DR | Dept: DALSL
Period End: 03/06/2016 | DALLAS, TX 75220-5335 (214) 902-7200 | Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year to Date | |
|---|---|---|---|---|---|
| Regular | | | 2884.80 | 14424.00 | |
| Paid Time Off | | | 0.00 | 2019.36 | |
| Bonus | | | 0.00 | 25000.00 | |
| Commission | | | 0.00 | 64737.00 | |
| Holiday | | | 0.00 | 865.44 | |
| **Gross Pay** | | | **2884.80** | **107045.80** | |
| **W/H Taxes** | | | | | |
| Federal W/H (M/4) | | | 118.24 | 26105.31 | |
| Medicare | | | 32.03 | 1493.37 | |
| Social Security | | | 136.94 | 6385.33 | |
| **Deductions** | | | | | |
| 401k % | | | 230.78 | 8563.64 | |
| 401k Loan 2 | | | 332.65 | 1995.90 | |
| Dental Pre-tax | | | 44.86 | 269.16 | |
| Entertainment | | | 0.00 | -235.94 | |
| EE HSA | | | 259.00 | 1554.00 | |
| HDP Medical | | | 363.19 | 2179.14 | |
| Mileage | | | 0.00 | -308.25 | |
| Phone/Fax | | | 0.00 | -150.00 | |
| Parking/Tolls | | | 0.00 | -79.00 | |
| Vision Pre-Tax | | | 8.97 | 53.82 | |
| **Net Pay** | | | **1358.14** | **59219.32** | Voucher No.: 19557DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 1358.14 | 59219.32 | A/C:2070 |

| Employee Benefits | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k % - Match | 0.00 | 1500.00 | *Company Match | |
| PTO Weekly Hours | 6.15 | 123.05 | 0.00 | 123.05 |

Voucher No.: 19557DD

BKM TOTAL OFFICE OF TEXAS LLC
9755 CLIFFORD DR
DALLAS, TX 752205335

DATE: 03/11/2016

| Net Pay: | $ 1358.14 |
|---|---|
| One Thousand Three Hundred Fifty Eight And 14/100 Dollars | |

DEBORAH L ZARSK
307 WEST CHARLOTTESVILLE AVE
COLLEYVILLE, TX 76034

**For Record Purposes Only**
****NON-NEGOTIABLE****

## Earnings Statement

**DEBORAH L ZARSK**

Pay Date: 02/26/2016 Company: 03923 - BKM TOTAL OFFICE OF TEXAS LLC Emp #: 2033
Period Start: 02/15/2016 9755 CLIFFORD DR Dept: DALSL
Period End: 02/21/2016 DALLAS, TX 75220-5335 (214) 902-7200 Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year to Date | |
|---|---|---|---|---|---|
| Regular | | | 2884.80 | 11539.20 | |
| Paid Time Off | | | 0.00 | 2019.36 | |
| Bonus | | | 0.00 | 25000.00 | |
| Commission | | | 0.00 | 64737.00 | |
| Holiday | | | 0.00 | 865.44 | |
| | **Gross Pay** | | **2884.80** | **104161.00** | |
| **W/H Taxes** | | | | | |
| Federal W/H (M/4) | | | 118.24 | 25987.07 | |
| Medicare | | | 32.03 | 1461.34 | |
| Social Security | | | 136.94 | 6248.39 | |
| **Deductions** | | | | | |
| 401k % | | | 230.78 | 8332.86 | |
| 401k Loan 2 | | | 332.65 | 1663.25 | |
| Dental Pre-tax | | | 44.86 | 224.30 | |
| Entertainment | | | 0.00 | -235.94 | |
| EE HSA | | | 259.00 | 1295.00 | |
| HDP Medical | | | 363.19 | 1815.95 | |
| Mileage | | | 0.00 | -308.25 | |
| Phone/Fax | | | 0.00 | -150.00 | |
| Parking/Tolls | | | 0.00 | -79.00 | |
| Vision Pre-Tax | | | 8.97 | 44.85 | |
| | **Net Pay** | | **1358.14** | **57861.18** | Voucher No.: 19406DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 1358.14 | 57861.18 | A/C:2070 |

| Employee Benefits | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k % - Match | 0.00 | 1500.00 | *Company Match | |
| PTO Weekly Hours | 6.15 | 116.90 | 0.00 | 116.90 |

Voucher No.: 19406DD

BKM TOTAL OFFICE OF TEXAS LLC
9755 CLIFFORD DR
DALLAS, TX 752205335

DATE: 02/26/2016

| Net Pay: | $ 1358.14 |
|---|---|
| One Thousand Three Hundred Fifty Eight And 14/100 Dollars | |

DEBORAH L ZARSK
307 WEST CHARLOTTESVILLE AVE
COLLEYVILLE, TX 76034

**For Record Purposes Only**
****NON-NEGOTIABLE****

**Earnings Statement** **DEBORAH L ZARSK**

Pay Date: 02/19/2016 Company: 03923 - BKM TOTAL OFFICE OF TEXAS LLC Emp #: 2033
Period Start: 02/08/2016 9755 CLIFFORD DR Dept: DALSL
Period End: 02/14/2016 DALLAS, TX 75220-5335 (214) 902-7200 Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year to Date | |
|---|---|---|---|---|---|
| Regular | | | 0.00 | 8654.40 | |
| Paid Time Off | | | 0.00 | 2019.36 | |
| Bonus | | | 0.00 | 25000.00 | |
| Commission | | | 46557.00 | 64737.00 | |
| Holiday | | | 0.00 | 865.44 | |
| | **Gross Pay** | | **46557.00** | **101276.20** | |
| **W/H Taxes** | | | | | |
| Federal W/H (M/4) | | | 14494.93 | 25868.83 | |
| Medicare | | | 675.08 | 1429.31 | |
| Social Security | | | 2886.53 | 6111.45 | |
| **Deductions** | | | | | |
| 401k % | | | 3724.56 | 8102.08 | |
| 401k Loan 2 | | | 0.00 | 1330.60 | |
| Dental Pre-tax | | | 0.00 | 179.44 | |
| Entertainment | | | 0.00 | -235.94 | |
| EE HSA | | | 0.00 | 1036.00 | |
| HDP Medical | | | 0.00 | 1452.76 | |
| Mileage | | | 0.00 | -308.25 | |
| Phone/Fax | | | 0.00 | -150.00 | |
| Parking/Tolls | | | 0.00 | -79.00 | |
| Vision Pre-Tax | | | 0.00 | 35.88 | |
| | **Net Pay** | | **24775.90** | **56503.04** | Voucher No.: 19270DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 24775.90 | 56503.04 | A/C:2070 |

| Employee Benefits | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k % - Match | 679.22 | 1500.00 | *Company Match | |
| PTO Weekly Hours | 0.00 | 104.60 | 0.00 | 104.60 |

Voucher No.: 19270DD

BKM TOTAL OFFICE OF TEXAS LLC
9755 CLIFFORD DR
DALLAS, TX 752205335

DATE: 02/19/2016

| Net Pay: | $ 24775.90 |
|---|---|
| Twenty Four Thousand Seven Hundred Seventy Five And 90/100 Dollars | |

DEBORAH L ZARSK
307 WEST CHARLOTTESVILLE AVE
COLLEYVILLE, TX 76034

**For Record Purposes Only**
****NON-NEGOTIABLE****

**Earnings Statement**

Pay Date: 02/12/2016
Period Start: 02/01/2016
Period End: 02/07/2016

Company: 03923 - BKM TOTAL OFFICE OF TEXAS LLC
9755 CLIFFORD DR
DALLAS, TX 75220-5335 (214) 902-7200

**DEBORAH L ZARSK**
Emp #: 2033
Dept: DALSL
Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year to Date | |
|---|---|---|---|---|---|
| Regular | | | 2884.80 | 8654.40 | |
| Paid Time Off | | | 0.00 | 2019.36 | |
| Bonus | | | 0.00 | 25000.00 | |
| Commission | | | 0.00 | 18180.00 | |
| Holiday | | | 0.00 | 865.44 | |
| | **Gross Pay** | | **2884.80** | **54719.20** | |
| **W/H Taxes** | | | | | |
| Federal W/H (M/4) | | | 118.24 | 11373.90 | |
| Medicare | | | 32.03 | 754.23 | |
| Social Security | | | 136.94 | 3224.92 | |
| **Deductions** | | | | | |
| 401k % | | | 230.78 | 4377.52 | |
| 401k Loan 2 | | | 332.65 | 1330.60 | |
| Dental Pre-tax | | | 44.86 | 179.44 | |
| Entertainment | | | -163.64 | -235.94 | |
| EE HSA | | | 259.00 | 1036.00 | |
| HDP Medical | | | 363.19 | 1452.76 | |
| Mileage | | | 0.00 | -308.25 | |
| Phone/Fax | | | -75.00 | -150.00 | |
| Parking/Tolls | | | -64.00 | -79.00 | |
| Vision Pre-Tax | | | 8.97 | 35.88 | |
| | **Net Pay** | | **1660.78** | **31727.14** | Voucher No.: 19249DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 1660.78 | 31727.14 | A/C:2070 |

| Employee Benefits | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k % - Match | 43.27 | 820.78 | *Company Match | |
| PTO Weekly Hours | 6.15 | 104.60 | 0.00 | 104.60 |

**Voucher No.: 19249DD**

BKM TOTAL OFFICE OF TEXAS LLC
9755 CLIFFORD DR
DALLAS, TX 752205335

**DATE: 02/12/2016**

| **Net Pay:** | **$ 1660.78** |
|---|---|
| One Thousand Six Hundred Sixty And 78/100 Dollars | |

DEBORAH L ZARSK
307 WEST CHARLOTTESVILLE AVE
COLLEYVILLE, TX 76034

**For Record Purposes Only**
****NON-NEGOTIABLE****